UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT WILLIS,

    Plaintiff,

-vs-                                                CASE NO.:  3:19-CV-00018-J-20PDB

OPTIMUM OUTCOMES, INC.,

    Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    COMES NOW the Plaintiff, ROBERT WILLIS, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal Without Prejudice of the above captioned matter.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Matthew Rosenkoff, Esquire, Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA  30339 (mrosenkoff@taylorenglish.com).

                                                      ***/s/ Jason R. Derry, Esquire***
                                                      Jason R. Derry, Esquire
                                                      Florida Bar No.: 0036970
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 North Franklin Street, 7th Floor
                                                      Tampa, FL 33602
                                                      Telephone: (813) 223-5505
                                                      Facsimile:  (813) 257-0577
                                                      jderry@ForThePeople.com
                                                      jkneeland@ForThePeople.com
                                                      *Attorney for Plaintiff*