UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ROBERT WILLIS,**

    **Plaintiff,**

v.                                                        Case No. 3:19-cv-00018-J-20PDB

**OPTIMIM OUTCOMES, INC.,**

    **Defendants.**

_____/

## ORDER

Before the Court is Plaintiff's "Notice of Voluntary Dismissal without Prejudice" (Dkt. 8). Plaintiff seeks to voluntarily dismiss his claims against the named Defendant, who has not yet filed an answer or motion for summary judgment.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice; and

2. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Jacksonville, Florida, this 26th day of February, 2019.

                                                           HARVEY E. SCHLESINGER
                                                           UNITED STATES DISTRICT JUDGE

**Copies to:**
Jason R. Derry, Esq.
Matthew R. Rosenkoff, Esq.